UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Michelle Hairston v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11572-DRH |
| *Paula Hallin v. Bayer Corporation, et al.* | No. 13-cv-10818-DRH |
| *Amber Hamilton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10980-DRH |
| *Shirley Harrington v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11550-DRH |
| *Angela Harris v. Bayer Corporation, et al.* | No. 10-cv-10473-DRH |
| *Tiffany Harrison v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13075-DRH |
| *Holly J. Hebert v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10793-DRH |
| *Stephanie Helbert v. Bayer Corporation, et al.* | No. 12-cv-11678-DRH |
| *Debra Herman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10822-DRH |
| *Megan Higgins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10852-DRH |
| *Cynthia Hill v. Bayer Corporation, et al.* | No. 12-cv-11073-DRH |
| *Jennifer Hitchman v. Bayer Corporation, et al.* | No. 11-cv-13100-DRH |
| *Cheryl Hornberger v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10200-DRH |

| | |
|---|---|
| *Amanda Hunt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11096-DRH |
| *Marie Jarrett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10730-DRH |
| *Kelly Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10006-DRH |
| *Vicky L. King v. Bayer Corporation, et al.* | No. 11-cv-12671-DRH |
| *Michelle Knoller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12360-DRH |
| *Brooke Krakora v. Bayer Corporation, et al.* | No. 11-cv-20157-DRH |
| *Lillian Lamay v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10751-DRH |
| *Mistie Langford v. Bayer Corporation, et al.* | No. 10-cv-13208-DRH |
| *Mary Susan Laughlin, et al. v. Bayer Corporation, et al.* | No. 12-cv-20103-DRH |
| *Melissa Lepore v. Bayer Corporation, et al.* | No. 12-cv-11257-DRH |
| *Janise Lester v. Bayer Corporation, et al.* | No. 11-cv-10173-DRH |
| *Jodie Love v. Bayer Schering Pharma AG, et al.* | No. 12-cv-11660-DRH |
| *Tiffany Mabry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10885-DRH |
| *Lashawn Marshall as Mother and Next Friend of Makayla Marshall, a Minor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10361-DRH |
| *Chanistia Martiny v. Bayer Corporation, et al.* | No. 12-cv-20001-DRH |
| *Stephanie Mash v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11808-DRH |
| *Jamie Maslar v. Bayer Corporation, et al.* | No. 12-cv-20117-DRH |

3

| | |
|---|---|
| *Annette Mathes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11837-DRH |
| *Debbie Caine Matthews v. Bayer Corporation, et al.* | No. 13-cv-20025-DRH |
| *Anna Maynard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10156-DRH |
| *Brandy McCulloch v. Bayer Corporation, et al.* | No. 13-cv-10580-DRH |
| *Marlene Melo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12823-DRH |
| *Stacy Mills v. Bayer Corporation, et al.* | No. 09-cv-20069-DRH |
| *Erin Minton v. McKesson Corporation, et al.* | No. 10-cv-20410-DRH |
| *Patsy Mitchell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11069-DRH |
| *Lori Mueller, et al. v. Bayer Corporation, et al.* | No. 14-cv-10315-DRH |
| *Misty Myers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12822-DRH |
| *Angela Nettles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12568-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**

        **BY:** /s/*Caitlin Fischer*
            **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.01.12 09:37:18 -06'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT